United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN GABRIEL CISNEROS, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. B-16-279 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER

On February 1, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 5]. Petitioner has objected [Doc. No. 9] to said Report and Recommendation.

Petitioner's Motion for Extension of Time [Doc. No. 8] is granted and his objections are deemed timely. Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner's objections, the Court hereby adopts the Report and Recommendation. Therefore, Petitioner Juan Gabriel Cisneros' Motion for Reconsideration [Doc. No. 1] is denied.

Signed this 7th day of March, 2017.

Andrew S. Hanen
United States District Judge